# Mitchell Dinnerstein
Attorney at Law

350 Broadway - Suite 700
New York, New York 10013
212.925.0793 (office)
212.625.3939 (fax)
md@dinnersteinlaw.com

December 8, 2011

Honorable Judge Shira A. Sheindlin
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**RE: <u>USA V. DAVID MORGAN, 09-699 (SAS)</u>**
  **My Client: Jason Morgan**

Dear Judge Sheindlin:

On November 21, 2011, Your Honor re-assigned me to represent Mr. Morgan on his *pro se* request for re-sentencing pursuant to 18 USC § 3582 (c). Yesterday, I finally received Mr. Morgan's papers. I will now need to write to Mr. Morgan regarding whether I believe that his application to Your Honor has merit. I must communicate with him in writing to explain my understanding of his circumstances. Mr. Morgan is presently housed in California. I am asking the Court to put off making a decision until I can fully inform Mr. Morgan of the merits of his request and his attitude about my advice.

Therefore, I am requesting that no action on this matter be made by Your Honor until I contact Mr. Morgan and explain my views of his legal position.

Thank you.

Very truly yours,

Mitchell Dinnerstein
Attorney for Jason Morgan

cc.: Parvin Moyne/Jessica Massella, AUSA

Jason Morgan